UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

SHANICE ALSTON and NICK OSORIO, on
behalf of themselves and all others
similarly situated,                    21 Civ. 8380 (JGK)

        Plaintiffs,             ORDER

  - against -

CITYWIDE MOBILE RESPONSE CORP.,
WARREN GOLDEN, and HENRY HALPERT,
        Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by
__11/22/21__.


SO ORDERED.

Dated:   New York, New York
        November 9, 2021

                                      _____
                                         John G. Koeltl
                                  United States District Judge