UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHANICE ALSTON and NICE OSORIO, on behalf of themselves and all others similarly situated,

        Plaintiffs,

- against -

CITYWIDE MOBILE RESPONSE CORP. et al.,

        Defendants.

21-cv-8380 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In its Order dated November 9, 2022, the Court directed the parties to submit a Rule 26(f) report by November 22, 2021. The parties have not done so. The time to file a Rule 26(f) report is extended to **January 4, 2022**. If the parties do not file a Rule 26(f) report by that date, the case may be dismissed for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
           December 1, 2021

                                      John G. Koeltl
                               United States District Judge