```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

SHANICE ALSTON ET AL.,
              Plaintiffs,        21-cv-8380 (JGK)

    - against -                    ORDER

CITYWIDE MOBILE RESPONSE CORP. ET AL.,
              Defendants.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for December 20, 2021, is canceled.

**SO ORDERED.**
Dated:   New York, New York
          December 17, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                            United States District Judge