**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SHANICE ALSTON and NICE OSORIO, on behalf :
of themselves and all others similarly situated, :
: 21-CV-8380 (JGK) (OTW)
Plaintiffs, :
: **ORDER**
-against- :
:
CITYWIDE MOBILE RESPONSE CORP. et al., :
:
Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 33. The Court will hold a telephonic Pre-Settlement Scheduling Call on **January 31, 2023, at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

The deadline to file motions for summary judgment is **March 1, 2023**. The deadline to file opposition briefs is **April 3, 2023.** The deadline to file reply briefs is **April 17, 2023**.

Dated: January 6, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge