UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shanice Alston; and Nick Osorio, *on behalf of themselves and all others similarly situated*,

                      *Plaintiffs*,

  -against-

Citywide Mobile Response Corp.; Warren Golden; and Henry Halpert,

                      *Defendants.*

Case No. 21-cv-08380-JHR-OTW

NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT

TO:    Gregory R. Begg, Esq.
        70 Grand Avenue,
        River Edge, NJ 07661
        201.343.3434
        GBegg@pecklaw.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Shanice Alston; and Nick Osorio ("Plaintiffs") hereby accept the attached Offer of Judgement by Defendants Citywide Mobile Response Corp.; Warren Golden; and Henry Halpert (collectively, "Defendants") in the above-captioned action, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Date:    September 11, 2023
          New York, NY

Respectfully Submitted,

Law Office of Mohammed Gangat

_____
Mohammed Gangat, Esq.
675 Third Avenue, Ste 1810,
New York, NY 10017
718-669-0714
mgangat@gangatpllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHANICE ALSTON and NICK OSORIO,
on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

CITYWIDE MOBILE RESPONSE CORP.,
WARREN GOLDEN and HENRY HALPERT,

Defendants.

Case No. 21-cv-08380-JHR-OTW

**OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:   Mohammed (Moe) Gangat, Esq.
      Law Office of Mohammed Gangat
      675 3rd Avenue, Suite 1810
      New York, New York 10017
      mgangat@gangatpllc.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Citywide Mobile Response Corp. hereby offer to allow judgment to be taken against it by Plaintiffs Shanice Alston; and Nick Osorio ("Plaintiffs") in the above-captioned action in the total sum of Forty Thousand Dollars and No Cents ($30,000), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants Citywide Mobile Response Corp,; Warren Golden; and Henry Halpert (collectively, "Defendants") arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form or relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past of present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rule of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiffs have suffered any damages.

Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants from any and all claims that were or could have been alleged by Plaintiffs in the above-referenced action. Acceptance of this offer of judgment also will operate to waive Plaintiffs' rights to any claim for wages, penalties, costs, attorney fees, liquidated damages, interest or interest on the amount of the judgment.

In order for Plaintiffs to accept this offer, Plaintiffs must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Date:   August 25, 2023
        New York, NY

Respectfully Submitted,

PECKAR & ABRAMSON, P.C.

_____
Gregory R. Begg, Esq.
70 Grand Avenue,
River Edge, NJ 07661
201.343.3434
GBegg@pecklaw.com

2

#5072499v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shanice Alston; and Nick Osorio, *on behalf of themselves and all others similarly situated*,

       Plaintiffs,

-against-

Citywide Mobile Response Corp.; Warren Golden; and Henry Halpert,

       *Defendants.*

Case No. 21-cv-08380-JHR-OTW

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
            ) ss:
COUNTY OF NEW YORK  )

  YALITZA GARCIA, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. On September 11, 2023, I served a copy of Defendants' Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure and Plaintiff's Notice of Acceptance; upon counsel for Defendants Citywide Mobile Response Corp.; Warren Golden; and Henry Halpert, Gregory R. Begg, Esq.; by email at GBegg@pecklaw.com and by regular mail at 70 Grand Avenue, River Edge, NJ 07661.

Sworn to before me this
11 day of September 2023

_____
NOTARY PUBLIC

_____
YALITZA GARCIA

Mohammed Ahmed Gangat
Notary Public, State of New York
Reg. No. 02GA6348633
Qualified in Nassau County
Commission Expires 10/09/2024