UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shanice Alston; and Nick Osorio, *on behalf of themselves and all others similarly situated*,<br><br>                *Plaintiffs*,<br><br>  -against-<br><br>Citywide Mobile Response Corp.; Warren Golden; and Henry Halpert,<br><br>                *Defendants*. | Case No.  21-cv-08380-JHR-OTW<br><br>**JUDGMENT** ~~**(PROPOSED)**~~ |

    A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 11, 2023; and defendants, Citywide Mobile Response Corp.; Warren Golden; and Henry Halpert, having offered to allow entry of judgment to be taken against them, and in favor of Plaintiffs Shanice Alston and Nick Osorio, in the total amount of Thirty Thousand Dollars ($30,000), inclusive of attorneys' fees and costs, in full and final settlement of all of Plaintiffs' claims against the Defendants arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action; it is

    **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs ~~Jermaine Jackson~~ Shanice Alston and Nick Osorio against defendants, Citywide Mobile Response Corp.; Warren Golden; and Henry Halpert, in the total amount of Thirty Thousand Dollars ($30,000), inclusive of attorneys' fees and costs, in full and final settlement of all of Plaintiff's claims against the Defendants arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action.

Judgment signed this   13th   day of   September   2023.
New York, NY

        Any pending motions are moot.
        Any conferences are vacated.
        **The Clerk of Court is directed to close the case.**

                                                      ~~Clerk of Court~~
                                                      JENNIFER H. REARDEN
                                                      United States District Judge